# Court of Appeals
# of the State of Georgia

ATLANTA,  January 13, 2021

*The Court of Appeals hereby passes the following order:*

## A21I0106. CIRCLE K STORES, INC. v. SHARON BELTON RIDLEY et al.

On December 4, 2020, the trial court entered three orders - one granting the plaintiffs' motion for default judgment as to liability against Circle K Stores, Inc., one striking Cirle K's amended answer, and one denying Circle K's motion to open default. Circle K sought certificates of immediate review as to each order. The trial court signed and entered the certificates on December  15, 2020. Circle K then filed this application for interlocutory appeal. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. A timely certificate of immediate review is a jurisdictional requirement, see *Von Waldner v. Baldwin/Cheshire, Inc.*, 133 Ga. App. 23, 24 (2) (209 SE2d 715) (1974), and if the certificate of immediate review is not entered within the prescribed ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973).

Here, the certificates of immediate review were issued and entered eleven days after entry of the orders on appeal. Circle K maintains that the certificates were timely because the Richmond County Superior Court Clerk's Office was closed on December 14, 2020 due to COVID-19. In support, Circle K provided an affidavit from an employee of the law firm involved in the case, who called the Richmond County Superior Court Clerk's Office on December 15, 2020 and asked the clerk on the phone if the court was closed the preceding day, January 14. The affiant stated that the clerk on the phone told her that the office was closed "due to COVID-19."

However, no emergency order from the Richmond County Superior Court indicating that the office was in fact closed on December 14 was included with the application materials. Without verification of the court closure from the Richmond County Superior Court, the certificates of immediate review must be considered untimely. Accordingly, we lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   01/13/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                    *, Clerk.*